SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES GAETA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (phone)/ 702-388-5087 (fax)
James.Gaeta@usdoj.gov
*Attorney for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH SYLEE SHELTON<br><br>Defendant. | Case No. 2:24-cr-00001-JCM-BNW<br><br>**STIPULATION TO EXTEND MOTION RESPONSE DATE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney; James Gaeta, Assistant United States Attorney, counsel for the United States of America, and Christopher Oram, counsel for defendant ELIJAH SYLEE SHELTON, that the Government's response to the defendant's Motion to Dismiss currently for May 20, 2025, be vacated and reset to June 6, 2025.

The Stipulation is entered into for the following reasons:

1. The Government requires additional time to file its response. The parties will also engage in further plea negotiations.

2. Defendant is detained pending trial and does not object to the continuance.

The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but rather to allow the Government additional time to file its response.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time that the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

This is the first request for a continuance.

DATED: May 19, 2025.

SIGAL CHATTAH
United States Attorney

By /s/ James J. Gaeta
James J. Gaeta
Assistant United States Attorney

By /s/ Christopher Oram
Christopher Oram
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH SYLEE SHELTON,<br><br>Defendant. | Case No.: 2:24-cr-00001-JCM-BNW<br><br>**STIPULATION TO EXTEND MOTION RESPONSE DATE** |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Government requires additional time to file its response.

2. The parties agree to the continuance.

3. This continuance is not sought for purposes of delay.

4. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

5. This is the first requested continuance.

3

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

ORDER

IT IS ORDERED that the Government's response to defendant's Motion to Dismiss currently scheduled for May 20, 2025, be vacated and reset to June 6, 2025.

DATED May 21, 2025.

*(signature)*
HON. JAMES H. MAHAN
UNITED STATES DISTRICT JUDGE

4