1  CHRISTOPHER R. ORAM, ESQ.
   Nevada State Bar No. 4349
2  520 South Fourth St, Second Floor
   Las Vegas, Nevada 89101
3  (702) 598-1471
   Contact@christopheroramlaw.com
4  *Attorney for Elijah Shelton*

5  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

6

7  UNITED STATES OF AMERICA,           )  CASE NO.: 2:24-cr-00001-JCM-BNW
8          Plaintiff,                   )
9      vs.                              )  **STIPULATION TO CONTINUE**
                                        )  **MOTION TO DISMISS REPLY**
10 ELIJAH SHELTON,                      )  **DEADLINE**
           Defendant.                   )
11                                      )

12

13      COMES NOW, the Defendant, ELIJAH SHELTON, by and through his attorney,

14 CHRISTOPHER R. ORAM ESQ., of the Law Office of Christopher R. Oram, Esq; and the

15 Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Sigal Chattah, United

16 States Attorney, and JAMES GAETA, ASSISTANT UNITED STATES ATTORNEY; hereby

17 stipulate and agree that the Motion to Dismiss Reply deadline currently set for Friday, June 13,

18 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than

19 ten (10) days.

20      The parties enter this stipulation for the following reasons:

21      1. Good cause exists to continue the Motion to Dismiss reply deadline in case No. 2:24-

22 cr-00001-JCM-BNW from the date of Friday, June 13, 2025, to June 23, 2025, or a date and

23 time convenient to the Court, but no sooner than ten (10) days.

24      2. Defendant is detained and does not object to the continuance. Additionally, both

parties agree to the continuance.

1

3. On May 06, 2025, current counsel for Mr. Shelton filed a Motion to Dismiss. (ECF 86).

4. On June 06, 2025, The United States of America, by and through its counsel, Sigal Chattah, United States Attorney, and JAMES GAETA, Assistant United States Attorney filed the Response to the Motion to Dismiss. (ECF 93).

5. Additional time is needed to prepare a thorough Reply to the Response to the Motion to Dismiss following consultation with the defendant.

6. Denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time that the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

7. Thus, good cause exists to continue the Motion to Dismiss Reply deadline currently set for June 13, 2025, to be vacated, and continued to a date and time convenient to the Court, but no sooner than ten (10) days.

Respectfully submitted by both parties:

CHRISTOPHER R. ORAM, ESQ.
*/s/ Christopher R. Oram*
*Attorney for Elijah Shelton*

JAMES GAETA
*/s/ James Gaeta*
*Assistant United States Attorney*

SIGAL CHATTAH
*United States Attorney*

**ORDER**

Based on the parties stipulation, and good cause showing, the Motion to Dismiss Reply deadline that is set for June 13, 2025, is vacated and continued to ____June 25____, 2025.

DATED: June 16, 2025.

_____
UNITED STATES DISTRICT JUDGE

3

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Law Office of Christopher R. Oram, Esq., and that on this 13th day of June, 2025, I served a copy of the foregoing **STIPULATION TO CONTINUE MOTION TO DISMISS REPLY DEADLINE** by ECF electronic filing to:

JAMES GAETA
James.Gaeta@usdoj.gov
*Assistant United States Attorney*

SIGAL CHATTAH
*United States Attorney*

By: /s/  *Savannah Card*
An employee of Christopher R. Oram, Esq.