# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jerry Holman, | Case No.: 2:24-cr-00001-APG-BNW |
| Plaintiff | **Order Setting Scheduling Conference** |
| v. | |
| Elijah Sylee Shelton, | |
| Defendant | |

    This case has been reassigned to me for trial, which is set to begin on September 22, 2025. I order the parties to appear for a Scheduling Conference on **Tuesday September 2, 2025 at 9:15 a.m.** in Las Vegas Courtroom 6C. If defense counsel wants Mr. Shelton to appear in person at the Scheduling Conference, he must contact Courtroom Administrator Summer Rivera (Summer_Rivera@nvd.uscourts.gov) by noon on Friday, August 29, 2025 to arrange for his transportation from the Nevada Southern Detention Center.

    DATED this 28th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE