**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jerry Holman, | Case No.: 2:24-cr-00001-APG-BNW |
| Plaintiff | **Order Adopting Report and Recommendation** |
| v. | |
| Elijah Sylee Shelton, | [ECF No. 97, 98] |
| Defendant | |

  Elijah Shelton moves to dismiss the charges against him. ECF No. 86. Magistrate Judge Weksler recommends that I deny the motion. ECF No. 97. Shelton filed an objection to that recommendation. ECF No. 98. I have conducted a de novo review of Judge Weksler's recommendation as required by Local Rule IB 3-2. Judge Weksler's Report and Recommendation sets forth the proper legal analyses and factual bases for the decision and I adopt it as my own.

  I THEREFORE ORDER that Magistrate Judge Weksler's Report and Recommendation **(ECF No. 97) is accepted** and approved. Shelton's motion to dismiss **(ECF No. 86) is DENIED**.

  DATED this 2nd day of September, 2025.

_____<br>
ANDREW P. GORDON<br>
CHIEF UNITED STATES DISTRICT JUDGE