# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:24-cr-00001-APG-BNW |
| Plaintiff | **Order Denying Motion in Limine Regarding Text Messages** |
| v. | [ECF No. 113] |
| Elijah Sylee Shelton, | |
| Defendant | |

Elijah Shelton moves to exclude text messages from being presented as evidence at trial because the Government cannot authenticate them. ECF No. 113. The Government responds that if it seeks to admit those texts, it will provide the proper authentication. Based on the record before me, I cannot determine with certainty whether the Government will be able to authenticate the text messages. But there is not a sufficient basis to rule that out as a matter of law at this time.

I THEREFORE ORDER that Shelton's motion in limine to exclude text messages **(ECF No. 113) is denied without prejudice.** Shelton can object at trial if the Government fails to properly authenticate that evidence.

DATED this 25th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE