CHRISTOPHER R. ORAM, ESQ.
Nevada State Bar No. 4349
520 South Fourth St, Second Floor
Las Vegas, Nevada 89101
(702) 598-1471
Contact@christoperoramlaw.com
*Attorney for Elijah Shelton*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ELIJAH SHELTON,<br><br>      Defendant. | CASE NO.: 2:24-cr-00001-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND DEADLINE FOR OBJECTIONS.** |

COMES NOW, the Defendant, ELIJAH SHELTON, by and through his attorney, CHRISTOPHER R. ORAM ESQ., of the Law Office of Christopher R. Oram, Esq; and the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Todd Blanche, DEPUTY ATTORNEY GENERAL, and JAMES GAETA, ASSISTANT UNITED STATES ATTORNEY; hereby stipulate and agree that the Sentencing Hearing currently set for January 8, 2026, at 2:30 PM be vacated and continued to a date and time convenient to the Court.

The parties enter this stipulation for the following reasons:

1. Good cause exists to continue the Sentencing Hearing in case No. 2:24-cr-00001-APG-BNW from the date of January 8, 2026, to a date and time convenient to the Court.

2. The Defendant is detained and does not object to the continuance. Additionally, both parties agree to the continuance.

3. On October 8, 2025, Mr. Elijah Shelton was found guilty on all counts of Possession with intent to distribute a controlled substance in case No. 2:24-cr-00001-APG-BNW.

1

1	4. On October 8, 2025, in case No. 2:24-cr-00001-APG-BNW, the Honorable Court
2	Ordered that the sentencing for Mr. Shelton be set for January 8, 2025, at 2:30 PM.
3	5. Thus, on December 12, 2025, the undersigned contacted James Gaeta, Assistant
4	United States Attorney, and requested a stipulation, and Mr. James Gaeta had no objection.
5	6. Additional time is requested as defense counsel needs more time to complete his
6	objections to the pre-sentence report.
7	7. The additional time requested herein is not sought for purposes of delay, but for good
8	cause.
9	8. Thus, good cause exists to continue the Sentencing hearing currently set for January 8,
10	2026, to be vacated, and continued to a date and time convenient to the Court.

Respectfully submitted by both parties:

CHRISTOPHER R. ORAM, ESQ.
*/s/ Christopher R. Oram*
*Attorney for Elijah Shelton*

JAMES GAETA
*/s/ James Gaeta*
*Assistant United States Attorney*

TODD BLANCHE
DEPUTY ATTORNEY GENERAL

**ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for January 8, 2026, be vacated and continued to February 12, 2026, at the hour of 10:30 a.m., in Las Vegas courtroom 6C.

IT IS FURTHUER ORDERED that the new Objections deadline is continued to January 15, 2026.

IT IS SO ORDERED:

Dated: December 22, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE